No. 2, Original.    WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, Original.    MICHIGAN *v.* ILLINOIS ET AL.; and
No. 4, Original.    NEW YORK *v.* ILLINOIS ET AL.

WHEREAS an order temporarily modifying the decree in these cases has this day been made because of an existing emergency, and whereas other prompt action to relieve the emergency may be required during the modification period in furtherance of the order,

IT IS ORDERED that all such matters be referred to MR. JUSTICE BURTON, Circuit Justice for the Seventh Circuit, with power to act.